**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1882**

———————

LYNARD G. WILLIAMS,

Plaintiff - Appellant,

versus

PPG INDUSTRIES, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Paul Trevor Sharp, Magistrate Judge. (CA-01-459)

———————

Submitted: October 24, 2002      Decided: November 7, 2002

———————

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lynard G. Williams, Appellant Pro Se. Karin Marie McGinnis, Nicole Lee Gardner, MOORE & VAN ALLEN, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lynard G. Williams appeals the magistrate judge's order granting summary judgment to his employer and dismissing his employment discrimination action. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge.[*] See Williams v. PPG Indus., Inc., No. CA-01-459 (M.D.N.C. July 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

2